**AIA AMERICA, INC., FKA Alzheimer's Institute of America, Inc., Plaintiff-Appellant**

**Michael J. Mullan, Ronald E. Sexton, Counterclaim Defendants**

v.

**ELI LILLY & COMPANY, Elan Pharmaceuticals, Inc., Defendants-Appellees**

2016-2094

United States Court of Appeals, Federal Circuit.

August 10, 2017

PETER BUCKLEY, Fox Rothschild, LLP, Philadelphia, PA, argued for plaintiff-appellant.

DEBORAH E. FISHMAN, Arnold & Porter Kaye Scholer LLP, Palo Alto, CA, argued for all defendants-appellees. Defendant-appellee Elan Pharmaceuticals, Inc. also represented by KATIE JEANNINE LEWIS SCOTT.

LAWRENCE SCOTT BURWELL, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, for defendant-appellee Eli Lilly & Company. Also represented by CHARLES E. LIPSEY; LAURA POLLARD MASUROVSKY, Washington, DC; MANISHA A. DESAI, Eli Lilly and Company, Indianapolis, IN.

(Newman, Lourie, and Hughes, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**